defendant to answer in six days on stipulation to take short notice of trial for next Albany Circuit.

DAVID P. McKEE, as Administrator, etc., Appellant, v. WILLIAM BENNETT and another, Respondents. — Order affirmed, with ten dollars costs and printing disbursements.

RICHARD McMICHAEL, Respondent, v. CHAUNCEY KILMER, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. BOCKES, J., taking no part.

WILLIAM McMILLAN and MORRISON McMILLAN, Respondents, v. GEORGE A. McMILLAN, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and printing disbursements.

PATRICK MASTERSON, Respondent, v. FRANCIS J. MASTERSON (Defendant) and GEORGE and LEWIS SCHWARTZ, Judgment Creditors, Appellants. — Order affirmed, with ten dollars costs and printing disbursements.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BOARD OF SUPERVISORS OF THE COUNTY OF ULSTER, Respondents, v. CORNELIUS A. J. HARDENBURGH, as Supervisor of the Town of Shawangunk, Appellant. — Order affirmed, with ten dollars costs and printing disbursements.

BURTON G. MORSE v. JANSEN HASBROUCK and others. — Order reversed, with ten dollars costs and printing disbursements. Mem. by LEARNED, P. J.

IN THE MATTER OF HENRY LIVINGSTON. — Motion to amend notice of appeal denied, with ten dollars costs.

WILLIAM SHUTTER, Appellant, v. WALTER E. WARD, Respondent. — Motion to dismiss appeal denied, with ten dollars costs.

ALIDA F. FLINT, Appellant, v. CALVIN H. BELL and others, Respondents. — Motion for reargument denied.

EDWARD H. NEARY, Appellant, v. GEORGE ROBINSON and others, Superintendents, etc., Respondents. — Motion granted and cause certified to Court of Appeals.

EDWARD H. G. CLARK, as Receiver, etc., Appellant, v. FRANKLIN J. PARMENTER, Respondent. — Orders affirmed, with ten dollars costs and printing disbursements. WESTBROOK, J., not acting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, Appellants, v. CHARLES G. FAIRMAN, Respondent. — Order affirmed, with ten dollars costs and printing disbursements. LEARNED, P. J., not acting.

JAMES ROBERTSON, Respondent, v. EDWARD S. BINK, Appellant. — Motion denied, with ten dollars costs.

PAUL CUSHMAN, Trustee, etc., v. MARY A. TRIMBLE, Respondent. CHARLES E. LELAND and others, Appellants. — Order affirmed, with ten dollars costs and printing disbursements. BOCKES, J., not acting.